**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:14-cv-09**

| | | |
|---|---|---|
| **CAROLE LENHART and MILES LENHART,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **ORDER** |
| **vs.** | ) ) | |
| **AUXILIARY POWER GENERATORS, INC.,** | ) ) | |
| **Defendant.** | ) ) | |

**THIS MATTER** has come before the undersigned *sua sponte* concerning the Pretrial Order and Case Management Plan (#8) enter on March 26, 2014. In the Pretrial Order and Case Management Plan, trial was scheduled in this case for October 5, 2015. That session of court has been cancelled and the undersigned will now enter an Amended Pretrial Order and Case Management Plan setting a new date for trial and also amending other time limits and deadlines which shall make the Amended Pretrial Order and Case Management Plan more consistent with the Certification and Report of Initial Attorneys' Conference (#6) filed by the parties.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Pretrial Order and Case Management Plan (#8) is hereby amended and the trial date in this matter be set for

**August 31, 2015**.  An Amended Pretrial Order and Case Management Plan will be filed by the undersigned amending other deadlines in this matter.

Signed: May 21, 2014

Dennis L. Howell
United States Magistrate Judge